| | |
|---|---|
| DAVID A. LUSK,              ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | |
|     vs.                     ) | **JUDGMENT** |
|                             ) | |
|                             ) | |
| MICHAEL J. ASTRUE,          ) | |
| Commissioner of Social Security, ) | |
|                             ) | |
|     Defendant.              ) | |
| _____ ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: February 11, 2013

Martin Reidinger
United States District Judge